IN THE UNITED STATES DISTRICT COURT
DISTRICT OF WESTERN ARKANSAS

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
AUG 15 2017
DOUGLAS F. YOUNG, Clerk
By _____ Deputy Clerk

17mc 99 TLB

| | |
|---|---|
| PETER PHANEUF, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:16-cv-00278-JCN |
| | ) |
| POLARIS INDUSTRIES INC., | ) |
| | ) |
| Defendant, | ) |
| | ) |
| S&D POWERSPORTS | ) |
| | ) |
| Movant. | ) |

## NON-PARTY'S MOTION TO QUASH SUBPOENA

Pursuant to Federal Rule of Civil Procedure 45, S&D Powersports, located at 13045 West highway 62, in Farmington, Arkansas, 72730, by and through their attorneys Snively, Fairrell & Koehler Law Firm, objects to and moves to quash Defendant Polaris Industries, Inc.'s Subpoena, served upon Movant S&D Powersports on July 19, 2017, in Phaneuf v. Polaris Industries Inc., No. 16-cv-00278-JAW, a products liability case pending in United States District Court, District of Maine.

In particular, Defendant Polaris Industries' Subpoena should be quashed because it:

1. is unduly burdensome, in that it seeks from Movant non-party the production of copious records, documents and information relating to the sale of products not at issue in the instant case, *see* Fed. R. Civ. P. 45(d)(3)(A)(iv);

2. is unduly intrusive, in that it seeks commercial information of a non-party relating to products, practices and business dealings not at issue in the instant case, see Fed. R. Civ. P. 45(d)(3)(B)(i); and

3. seeks information unavailable to movant and/or more properly supplied by other parties.

For the reasons set forth herein, and in Movant non-party's Brief in Support of its Motion to Quash Subpoena, attached hereto and incorporated herein by reference, Movant non-party respectfully requests this Court to grant its Motion to Quash Defendant Polaris Industries, Inc.'s Subpoena.

                                                Respectfully submitted,
                                                S&D POWERSPORTS, Movant

BY:    */s/ Tim Snively*
         Tim Snively, ABA #97246
         Snively, Fairrell & Koehler Law Firm
         135 West Sunbridge Drive
         Fayetteville, AR 72703
         (479) 695-2444
         (479) 695-1120 (fax)
         timsnively@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following, as well as copy of the foregoing was deposited in the United States mail:

Alexis G. Chardon, Esq.
Terry Garmey & Associates
482 Congress Street, Suite 402
Portland, ME 04101-3424

Clem C. Trischler
Pietragallo Gordon Alfano Bosick &
Raspanti, LLP
One Oxford Centre, 38th Floor
Pittsburgh, Pennsylvania 15219

                                                */s/ Tim Snively*
                                                Tim Snively
                                                Attorney for Movant